# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARSIMRAN SINGH VIRK,** | No. 1:25-cv-00558-SKO |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al.,** | (Doc. 8) |
| Defendants. | |

On July 21, 2025, Plaintiff filed a "Notice of Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed. (Doc. 8.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **July 22, 2025**                          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE